# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2025-1426

———————————————

DONALD M. STEWART,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Bay County.
Timothy Register, Judge.

December 31, 2025

PER CURIAM.

    DISMISSED. *See Lee v. State*, 939 So. 2d 154, 155 (Fla. 1st DCA 2006) (finding order dismissing postconviction motion without prejudice to be a nonappealable, nonfinal order).

LEWIS, LONG, and TREADWELL, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Donald M. Stewart, pro se, Appellant.

No appearance for Appellee.